UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORMA RODRIGUEZ,

    Plaintiff,

v.

PIERCE COUNTY, a municipal corporation and local political subdivision of the State of Washington,

    Defendant.

Case No. C05-5140FDB

ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES

This Court received this matter late in the progress of the case, and was unable to bring its own procedures to bear in the matter until the eve of trial; as a result, this Court's own desires as to counsels' behavior did not inform the case's progress up to the point of the second pretrial conference. Nevertheless, although the Court is aware that there was a lack of cooperation between opposing counsel in this case and a certain obstinance exhibited by Plaintiff's counsel, under the circumstances leading to this Court's involvement, the Court declines to award attorneys fees to Defendants. NOW, THEREFORE,

IT IS ORDERED: Defendant's Motion for Attorneys' Fees [Dkt. # 104] is DENIED.

DATED this 23rd day of August, 2006.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1